ANNA L. SCHOENFELD et al., Appellants, *v.* EVA CHAPMAN et al., Respondents, et al., Defendants.

Submitted April 13, 1953; decided April 16, 1953.

*Charles T. Koop* for motion to dismiss and in opposition to motion to amend notice of appeal.

*Lincoln G. Schmidt* for motion to amend notice of appeal and in opposition to motion to dismiss.

Motion to dismiss appeal granted. Motion to amend notice of appeal denied upon the ground that plaintiffs failed to take their appeal within the time limited by section 592 of the Civil Practice Act.